UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Medmarc Casualty Insurance Company, <br><br> Plaintiff, <br><br> v. <br><br> Angeion Corporation, ELA Medical, Inc., and ELA Medical, S.A., <br><br> Defendants. | Court File No. 04-cv-4081 DSD/SRN <br><br> **ORDER** |

Based upon the stipulation and settlement of the parties and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The court's order dated August 25, 2005, granting partial summary judgment in favor of defendant Angeion Corporation [Doc. No. 96], is vacated in its entirety.

2. The court's order dated February 17, 2006 [Doc. No. 243] is vacated as to the resolution of Angeion's and plaintiff Medmarc Casualty Insurance Company's motions for summary judgment. This order does not and shall not affect the dismissal of Medmarc's claims against defendants ELA Medical, Inc., and ELA Medical S.A. as set forth in the court's February 17, 2006 order or the judgment entered on February 21, 2006 pursuant to that dismissal.

Dated:  June 20, 2006

s/ David S. Doty
David S. Doty, Judge
United States District Court